# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JAMES O'NEIL WIGGIN, <br> *Plaintiff* <br> v. <br> RICHARD ROBIDEAU, et al., <br> *Defendant* | ) ) ) ) ) ) )  Civil Action No. CV-12-5046-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Defendants' Motion for Summary Judgment is Granted, and Plaintiff's Motion for Summary Judgment is Denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for summary judgment by Plaintiff and a motion for summary judgment by Defendants.

Date:  November 18, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson